■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAKELA ADKINSON, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about April 4, 2003, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Friedman, Williams and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CRUZ, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about September 12, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Friedman, Williams and Sweeny, JJ.